Paul P. STIEFEL
**Name**

2096 FRANK Ave. Fairbanks
**Mailing address**

AK, (907) 317-5443
**Telephone**

RECEIVED

AUG 10 2026

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

PAUL P. STIEFEL,
(Full name of plaintiff in this action)
**Plaintiff,**

vs.

SARAH Jean DuThie,
BRAEDEN Duthie,
Joh Doe #1,
Joh Doe #2-5,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. _____
(To be supplied by the Court)

## PRO SE COMPLAINT

for/under

(DTSA)(18 USC. § 1836)
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

Jurisdiction (28 U.S.C. § 1331)

_____

PS22

**B. Parties**

1. The Plaintiff is _Paul P. Stiefel_, who presently resides at _2096 FRANK AVE. Fairbanks AK 99701_.
(Print Name)
(Address)

2. Defendants:

Defendant No. 1, _SARAH JEAN Duthie_, is a
(Name)
citizen of _Fairbanks, AK_, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable)     (Employer/agency, if applicable)

Defendant No. 2, _BRAEDON Duthie_, is a
(Name)
citizen of _fairbanks, AK_, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable)     (Employer/agency, if applicable)

Defendant No. 3, _Joh-Doe #1_, is a
(Name)
citizen of _fairbanks, AK_, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable)     (Employer/agency, if applicable)
(City and State)

Defendant No. 4, _Joh-Doe #2_, is a
(Name)
citizen of _fairbanks, AK_, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable)     (Employer/agency, if applicable)

Defendant No. 5, _Joh-Doe #3_, is a
(Name)
citizen of _fairbanks, AK_, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable)     (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

<u>Claim 1</u>: On or about ~~March 10th~~ ~~June~~ OR so June 12th 2026 Theft of IP.
(Date or Period of Time)                (Supporting facts)

Break in and Rap by neighbor name Braeden Duthie, and ~~theft of~~ ~~a Invention, number #1 (Shovel Lift)~~. Jon-Doe #1 -his Licenson VBM 807 called the Police they Did ~~Keto~~ nothing. I told Sarah Jeanne Duthie that I'm going to charge or sue for (RICO).

COMPLAINT

Case 4:26-cv-00034-SLG    Document 1    Filed 08/10/26    Page 3 of 6

Theft of invention from Phone with an other Phone by BRAeDen Duthie, and John-Doe #1 hearing high Pitched Sounds coming From crawl space, hearing two kids up above us, we my wife Margaret A. Stiefel heared it all the Time. we called the Landlord but he said nothing. he may have been Part of it.

MAY - July

May-12th or May 04, 2026
My Invention paperwork started to Disappear, The maintance men started working on a steel project that had the same parts like (mine)(inventions) - #1 I told him to stop and Desist. He just Laughed at me. Joh-Doe #2 told me to Quite. All this came From my Phone. my Inventions this one is the RV-Stiefel Lift.

Claim 3: On or about _____, _____
(Date or Period of Time)                    (Supporting facts)

Then on Qust-02, 2026 my Phone was hacked by John-Doe #1 all my Patent Paperwork, gone Like I never Did. it, they Removed my Testing, my woRding, my Design, and Trade secrets, that Day I walked outside, to see a (Jeep 4x4 VBM807 Alaska, Veteran. He was in the caR John-Doe #1. I took three Pictures of his caR and him. The Next morning all three Pictures of him and his caR gone, So I can't Id him, Thanks to google gave me the Picture back, and I have it in my gmail too. Then when I went to Pay Rent my Landlord New about it, and I said Nothing. I never said a word, he is Part of it, he New my Phone was hacked, I said Nothing. how Did Hen Know

**D. Request for Relief**

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _2,000,000_

2. Punitive damages in the amount of $ _18,000,000_

3. An order requiring defendant(s) to _Sign over Patent Paperwork_

4. A declaration that _I am the Inventor_

5. Other:_____

Plaintiff demands a trial by ___X___ Jury _____ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_____
**Plaintiff's Original Signature**

_Paul P. Stiefel_
(Plaintiff's Full Name)

Executed at _2096 Frank Ave, Fairbanks_
(Location)                              (Date)

6                                        COMPLAINT